IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02593-WYD-BNB

HAROLD ARTHUR LANGER,

    Plaintiff,

v.

HOME DEPOT, U.S.A., INC.,

    Defendant.

---

**ORDER OF DISMISSAL**

---

THIS MATTER comes before the Court upon Plaintiff's Voluntary Dismissal With Prejudice Pursuant to FED. R. CIV. P. 41(a)(1).  The Court has reviewed the motion and noted that Defendant has not yet filed a responsive pleading to the Complaint. Dismissal is thus proper pursuant to Rule 41(a)(1).  Accordingly, it is

ORDERED that the above referenced action is dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated:  February 8, 2006

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        U. S. District Judge